**Tyrell Davron ANDERSON,
Plaintiff—Appellant,**

v.

**The State of MARYLAND; United States of America; Lisa Hardy; Carie Bland; the Baltimore City Police Department, Defendants—Appellees.**

No. 05–6308.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 14, 2005.

Decided: April 21, 2005.

Tyrell Davron Anderson, Appellant pro se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Maryland,* No. CA–04–4071–AMD (D. Md. filed Jan. 28, 2005 & entered Jan. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*